IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.                                              Case No.   08-00085-01-CR-W-DW

DEANDRE R. PARKER

_____

AUSA: Brent Venneman
Defense Atty.:   William J. Raymond, AFPD

| JUDGE | **John T. Maughmer**<br>United States Magistrate Judge | DATE AND TIME | **April 30, 2008**<br>11:37am - 11:42am |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | None |

## CLERK'S MINUTES

### FIRST APPEARANCE INDICTMENT AND ARRAIGNMENT

(   )   Custody assumed     ( x )  Voluntarily Surrendered    ( x )  Complaint No. 08-0049JTM-01

        Date:   April 30, 2008

        Place:  Kansas City, Missouri


Defendant advised:
1.   Of the charge;
2.   That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3.   Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4.   Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

BAIL

(   )   Bond Set:
(   )   Defendant advised the conditions of release
( x )   Bond & conditions of release continue as set out on March 26, 2008.
(   )   Defendant remanded to the custody of the U.S. Marshal until conditions of bond are met
(   )   Defendant remanded to the custody of the U.S. Marshal pursuant to a Detention Order entered on

COUNSEL

( x )   On March 21, 2008, defendant was sworn and examined as to his/her financial ability to employ counsel and information recorded on Affidavit of Financial Status. William J. Raymond, Assistant Federal Public Defender, was appointed

(   )   Defendant retained

ARRAIGNMENT

( x )   Defendant charged in Count(s) One through Four of a Four Count indictment
(   )   Defendant waived reading of the indictment.
( x )   The count(s) of the indictment applicable to the defendant was read to the defendant.
( x )   Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x )   Defendant entered a plea of not guilty to each count of the indictment applicable to him/her.

ORDERS

(   )   Defendant ordered committed back to custody of U.S. Marshal.
( x )   Defendant ordered released on a continuing bail bond.
( x )   Case ordered set for trial on the joint criminal jury trial docket which commences June 16, 2008.

( x )   Scheduling conference set for **Tuesday, May 13, 2008, at 1:30 p.m. before U.S. Magistrate Judge John T. Maughmer.**