IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 08-00085-01-CR-W-DW

DEANDRE R. PARKER

AUSA: Brent Venneman
Defense Atty.: Bill Raymond

| JUDGE | **John T. Maughmer** United States Magistrate Judge | DATE AND TIME | **March 6, 2009** 11:30am - 11:45am |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | Emil "Van" Hecke |

# CLERK'S MINUTES

SHOW CAUSE AND/OR BOND HEARING
CONDITIONS OF RELEASE

HEARING HELD. Parties appear in person and with counsel to show cause why the defendant's bond should not be revoked and the Order Setting Conditions Of Release be set aside. The Court takes up the pretrial services violation report dated February 19, 2009 with the defendant. The Court finds that the defendant will be continued on bond but is advised that no further violations will be tolerated. Court adjourned.